# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kevin E. Pesqueira, )
    Plaintiff, ) No. CV 06-148 TUC-DCB (JM)
  v. )
) **REPORT AND RECOMMENDATION**
Clarence Dupnik, et al. )
)
    Defendants. )
)

    On January 12, 2007, Plaintiff was ordered to submit an affidavit showing good cause why the Magistrate Judge should not issue a report and recommendation to the District Court recommending that this case be dismissed pursuant to Rule 4(m). Plaintiff has not filed the required affidavit and the status of this case, as set forth below, supports dismissal.

    Plaintiff filed his Complaint on March 27, 2006. Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . " Well in excess of 120 days have passed since this action was filed, and service has not been completed.

    **Accordingly,**

    Based on the foregoing and pursuant to 28 U.S.C. § 636(b) and Local Rule Civil 72.2(a)(1), Rules of Practice of the United States District Court, District of Arizona, the Magistrate Judge recommends that the District Court, after an independent review of the record, **DISMISS** this action without prejudice.

    This Recommendation is not an order that is immediately appealable to the Ninth

1  Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
2  Appellate Procedure, should not be filed until entry of the District Court's judgment.
3      However, the parties shall have ten (10) days from the date of service of a copy of this
4  recommendation within which to file specific written objections with the District Court. *See*
5  28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure.
6  Thereafter, the parties have ten (10) days within which to file a response to the objections.
7  If any objections are filed, this action should be designated case number **CV 06-148-TUC-**
8  **DCB**. Failure to timely file objections to any factual or legal determination of the Magistrate
9  Judge may be considered a waiver of a party's right to *de novo* consideration of the issues.
10 *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).
11     DATED this 16th day of April, 2007.

                                                              Jacqueline Marshall
                                                               United States Magistrate Judge