UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin E. Pesqueira,           ) | |
|                   ) | |
|     Plaintiff,    ) | |
|                   ) | CV 06-148 TUC DCB |
| v.                ) | |
|                   ) | **O R D E R** |
| Clarence Dupnick, et al.,     ) | |
|                   ) | |
|     Defendant,    ) | |
| _____) | |

On April 16, 2007, the Honorable Jacqueline Marshall, United States Magistrate Judge, filed a Report and Recommendation in this action. The Report and Recommendation advised the Court to dismiss this case pursuant to Rule 4(m) because Plaintiff has not served his Complaint on the Defendant. He has been given notice, an opportunity to show cause why the case should not be dismissed, and an opportunity to object to the recommendation of dismissal.

Specifically, the parties were sent copies of the Report and Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the Recommendation. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no such objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the Report and Recommendation to which there are objections. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report

waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court considers the Report and Recommendation to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The Report and Recommendation shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts the recommendation of the Magistrate Judge. For the reasons stated in the Report and Recommendation, the Court dismisses this action without prejudice.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 6] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is dismissed, without prejudice, for failure to timely serve the Complaint. The Clerk of the Court shall close this case.

DATED this 7th day of June, 2007.

David C. Bury
United States District Judge